NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STACY M. PACK,                        )
                                      )
        Petitioner,                   )
                                      )
v.                                    )      Case No. 2D17-4464
                                      )
DOUG DAVIS,                           )
                                      )
        Respondent.                   )
_____  )

Opinion filed March 23, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; Catherine L.
Combee, Judge.

Jean Marie Henne of Jean M. Henne, P.A.,
Winter Haven, for Petitioner

William J. Lobb and Nicholas C. Mohr of
Law Office of William J. Lobb, Bartow, for
Respondent.


PER CURIAM.

        Dismissed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.